UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO GRADDICK,<br><br>　　　　　　Defendant. | PO-17-5004-GF-JTJ<br>Ticket Number: 6428501<br>Location Code: M12<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　The Defendant, Antonio Graddick, was present in court and entered a plea of guilty to the charge of: PARTNER OR FAMILY MEMBER ASSAULT.

　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　1.　Mr. Graddick must pay a fine in the amount of $170.00 plus $30.00 Special Assessment for PARTNER OR FAMILY MEMBER ASSAULT for a total of $200.00. He may pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. He may also pay online at www.cvb.uscourts.gov . The fine is due in full on or before February 28, 2017.

　　　Mr. Graddick is advised that under 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), He has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying

the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If he appeals, he will be required to pay a $38 fee under 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing. He will also be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: February 2, 2017.

DATED this 7th day of February, 2017.

John Johnston
United States Magistrate Judge